# ELECTRONIC RECORD

1187-14

COA # 14-13-00629-CR

STYLE: Melvin Jetson v The State of Texas

COA DISPOSITION: Affirmed

DATE: July 31, 2014   Publish: No

OFFENSE: Aggravated Assault

COUNTY: Harris

TRIAL COURT: 183rd District Court

TC CASE #:1291685

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Melvin Jetson v The State of Texas

CCA # _____

____APPELLANT'S____   Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

____REFUSED_____

DATE: ____JANUARY 28, 2015____

JUDGE: ____Per Curiam____

CCA Disposition: ____1187-14____

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

-----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD